IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |
| MATZ JOHANSSON, on behalf of himself and all others similarly situated, | : | Civil Action No. 1:14-cv-00042-GMS |
| | : | (Securities Class Action) |
| Plaintiff, | | |
| | : | Hon. Gregory M. Sleet |
| v. | | |
| | : | ELECTRONICALLY FILED |
| LOUIS FERRARI, GINGER CONSTANTINE, M.D., STEPHEN O. JAEGER, DAVID P. MEEKER, M.D., DAVID Y. NORTON, ROBERT G. SAVAGE, VIRGIL THOMPSON, RICHARD CROWLEY, JOHN P. HAMILL, PHILIP K. YACHMETZ, AND DAVID G. GIONCO, | : | Oral Argument Requested |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

**TRANSMITTAL DECLARATION OF ROBERT S. SAUNDERS**

I, ROBERT S. SAUNDERS, declare under penalty of perjury that the foregoing is true and correct:

1. I am a partner with Skadden, Arps, Slate, Meagher & Flom LLP and an attorney representing Defendants Louis Ferrari, Ginger Constantine, M.D., Stephen O. Jaeger, David P. Meeker, M.D., David Y. Norton, Robert G. Savage, Virgil Thompson, Richard Crowley, John P. Hamill, Philip K. Yachmetz, and David G. Gionco in the above-titled action. I submit this declaration in support of Defendants' Opening Brief in Support of Their Motion to Dismiss Plaintiff's Amended Class Action Complaint.

2. Attached hereto are true and correct copies of the following documents:

| Exhibit | Description | Cited in D.I. 18 |
|---|---|---|
| 1 | Quarterly Report of Savient Pharmaceuticals, Inc. for the three months ended June 30, 2011, filed with the U.S. Securities & Exchange Commission ("SEC") on Form 10-Q on August 8, 2011 | ¶ 5 |

| **Exhibit** | **Description** | **Cited in D.I. 18** |
|---|---|---|
| 2 | Quarterly Report of Savient Pharmaceuticals, Inc. for the three months ended September 30, 2011, filed with the SEC on Form 10-Q on November 8, 2011 | ¶ 6 |
| 3 | Annual Report of Savient Pharmaceuticals, Inc. for the year ended December 31, 2012, filed with the SEC on Form 10-K on April 1, 2013 | ¶¶ 7, 9, 20-26, 38, 39, 40, 43, 46, 47, 53 |
| 4 | Report of Savient Pharmaceuticals, Inc., filed with the SEC on Form 8-K on April 11, 2013 | ¶ 57 |
| 5 | Quarterly Report of Savient Pharmaceuticals, Inc. for the three months ended March 31, 2013, filed with the SEC on Form 10-Q on May 15, 2013 | ¶¶ 7, 10, 20, 30, 41, 48, 53 |
| 6 | Quarterly Report of Savient Pharmaceuticals, Inc. for the three months ended June 30, 2013, filed with the SEC on Form 10-Q on August 14, 2013 | ¶¶ 7, 10, 27-30, 44, 45, 49, 51, 53 |

Respectfully submitted,

 /s/ Robert S. Saunders
Robert S. Saunders (ID No. 3027)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
920 North King Street, 7th Floor
Wilmington, Delaware  19801
Tel.:  (302) 651-3000
Fax:  (302) 651-3001
rob.saunders@skadden.com

*Counsel for Defendants*
*Louis Ferrari, Ginger Constantine, M.D.,*
*Stephen O. Jaeger, David P. Meeker, M.D.,*
*David Y. Norton, Robert G. Savage, Virgil*
*Thompson, Richard Crowley, John P. Hamill,*
*Philip K. Yachmetz, and David G. Gionco*

DATED:  July 23, 2014

2

744859-WILSR01A - MSW