IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MATZ JOHANSSON, on behalf of himself and
all others similarly situated,

        Plaintiff,

        v.

LOUIS FERRARI, GINGER CONSTANTINE,
M.D., STEPHEN O. JAEGER, DAVID P.
MEEKER, M.D., DAVID Y. NORTON,
ROBERT G. SAVAGE, VIRGIL THOMPSON,
RICHARD CROWLEY, JOHN P. HAMILL,
PHILIP K. YACHMETZ, and DAVID G.
GIONCO,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  14-42-GMS

**ORDER**

For the reasons stated in the court's Memorandum of this same date, IT IS HEREBY

ORDERED that:

1. The Defendants' motion to dismiss (D.I. 19) is GRANTED;

2. The Clerk of the Court is directed to close this case.

Dated: August 20, 2015

UNITED STATES DISTRICT COURT